```
                       UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                  PAGE   1
                                        )      CHAPTER 13
                                        ) CASE NO.      0347191  RTL
 ROBERT & RHONDA GENWRIGHT              )
                                        )   DATE FILED: 11/13/2003
 153 EDGE LN                            ) DATE CONFIRMED: 04/27/2004
                                        ) DATE CONCLUDED: 03/31/2009
 WILLINGBORO, NJ   08046       DEBTOR (S)  )
                                        )
 -----------------------------------------)

                       STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                            CLOSED COMPLETED


   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------ -------------------------------------
                                         Amount        Paid
 Claim Creditor's Name                    Allowed     to Date     Balance Due
 ------------------------------------------ -------------------------------------

 SECURED
 002 CITIFINANCIAL AUTO CORPORATION          0.00         0.00         0.00
 003 KAY JEWELERS                           292.71       292.71        0.00
 004 NJ AISC-SURCHARGE ADMIN OFFICE       6,642.96     6,642.96        0.00
 006 ECAST SETTLEMENT CORPORATION         1,500.00     1,500.00        0.00
 007 NCO FINANCIAL SYSTEMS INC                0.00         0.00        0.00
 008 LEASECOMM CORP                           0.00         0.00        0.00
 009 MIDLANF FUNDING                          0.00         0.00        0.00
                                                     ------------
                                                       8,435.67
 PRIORITY
 100 CHASE MANHATTAN MORTGAGE CORP          400.00       400.00        0.00
 101 CHASE HOME FINANCE                     250.00       250.00        0.00
                                                     ------------
                                                         650.00

 REFUND TO DEBTOR
 999 ROBERT & RHONDA GENWRIGHT              184.07       184.07        0.00
                                                     ------------
                                                         184.07
 DEBTOR ATTORNEY
 000 THOMAS J ORR ESQ                     2,000.00     2,000.00        0.00
 200 THOMAS J ORR ESQ                       400.00       400.00        0.00
 201 THOMAS J ORR ESQ                       400.00       400.00        0.00
 202 THOMAS J ORR ESQ                       400.00       400.00        0.00
                                                     ------------
                                                       3,200.00
```

```
                      UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                   PAGE    2
                                          )      CHAPTER 13
                                          ) CASE NO.       0347191   RTL
 ROBERT & RHONDA GENWRIGHT                )
                                          )    DATE FILED: 11/13/2003
 153 EDGE LN                              ) DATE CONFIRMED: 04/27/2004
                                          ) DATE CONCLUDED: 03/31/2009
 WILLINGBORO, NJ   08046       DEBTOR (S) )
                                          )
 -----------------------------------------)

                       STANDING CHAPTER 13 TRUSTEE'S
                               FINAL REPORT
                             CLOSED COMPLETED

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------ ------------------------------------
                                            Amount        Paid
 Claim Creditor's Name                      Allowed       to Date    Balance Due
 ------------------------------------------ ------------------------------------

 SECURED ARREARAGES
 001 NATIONAL CAPITAL MANAGEMENT              721.73       721.73         0.00
 005 CHASE                                  9,607.62     9,607.62         0.00
                                                        ------------
                                                         10,329.35


 -------------------------------------------------------------------------------
     TOTAL RECEIPTS       DISBURSED        TRUSTEE FEES         CASH ON HAND
       24,271.00          22,799.09           1,471.91              0.00
 -------------------------------------------------------------------------------
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her
as Trustee and releasing the Trustee and the Trustee's surety from any and all
liability on account of the within proceedings, and closing the estate, and for
such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              /s/ Albert Russo, Trustee
                              1 AAA Drive - Suite 101

                              Robbinsville, NJ   08691
```